# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2025 KW 1233

VERSUS

CHARLES HOLCOMBE, JR.                          **FEBRUARY 23, 2026**

---

In Re:    Charles Holcombe, Jr., applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany, No.
          417104.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** This court cannot adequately review the district court's ruling herein. Relator failed to include the district court's ruling on the motion to correct an illegal sentence, the sentencing transcript, the original bill of information, the habitual offender bill of information, the habitual offender transcript, the pertinent court minutes, and any other portions of the district court record that might support the claims raised in the motion to correct an illegal sentence. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application must be filed on or before April 24, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                                    **WIL**
                                    **EW**
                                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT